No. A–491. GEORGETOWN UNIVERSITY ET AL. *v.* GAY RIGHTS COALITION OF GEORGETOWN UNIVERSITY LAW CENTER ET AL., *ante,* p. 999. Motion for further consideration of application for stay denied. JUSTICE SCALIA took no part in the consideration or decision of this application.

No. A–561 (87–343). MONTANA ET AL. *v.* CROW TRIBE OF INDIANS ET AL., *ante,* p. 997. Application of appellees to issue the judgment forthwith, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted.

No. A–562 (87–6173). DARDEN *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. D–644. IN RE DISBARMENT OF JAFREE. Disbarment entered. [For earlier order herein, see 483 U. S. 1017.]

No. D–654. IN RE DISBARMENT OF MILLER. Disbarment entered. [For earlier order herein, see 483 U. S. 1052.]

No. D–655. IN RE DISBARMENT OF WOOD. Disbarment entered. [For earlier order herein, see *ante,* p. 893.]

No. D–659. IN RE DISBARMENT OF SHIRLEY. Disbarment entered. [For earlier order herein, see *ante,* p. 920.]

No. D–663. IN RE DISBARMENT OF CIARDELLI. Disbarment entered. [For earlier order herein, see *ante,* p. 961.]

No. D–668. IN RE DISBARMENT OF RUBINO. It is ordered that John J. Rubino, of Levittown, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.